ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 22 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD MARSHALL, LEROY BROWN, AND WILLIE DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>R. COMMUNICATIONS, INC. D/B/A R2R COMMUNICATIONS, KAREN A. HARDY, AND CHARLES PLEASANT,<br><br>Defendants. | Civil Action File<br><br>No. 1:11-CV-3222  TWT<br><br>(Removed From The Superior Court of DeKalb County, Ga.; Civil Action File No. 2011-CV-9267) |

## NOTICE OF REMOVAL

COME NOW Defendants R. COMMUNICATIONS, INC. D/B/A R2R COMMUNICATIONS, KAREN A. HARDY, AND CHARLES PLEASANT ("Defendants"), by and through their undersigned counsel, and files this *Notice of Removal* pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446(a), and further shows the Court:

1. This action was originally filed by the Plaintiffs, RONALD MARSHALL, LEROY BROWN, AND WILLIE DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED ("Plaintiffs"), in the Superior

Court of DeKalb County in the State of Georgia, Civil Action File No. 2011-CV-9267.

2. This Notice of Removal is filed within thirty (30) days of the date of service and is therefore timely filed pursuant to 28 U.S.C. §1446(b).

3. This Notice of Removal is proper pursuant to 28 U.S.C. §1441(a) in that this action is subject to the original jurisdiction of the United States District Court based on federal question jurisdiction as provided by 28 U.S.C. §1331.

4. This action is based on the Fair Labor Standards Act, 29 U.S.C. §201, et seq.

5. Based on the truth of the assertions contained in paragraph 4, *supra*, there is federal question of jurisdiction.

6. Attached hereto as **Exhibits A** and **B**, respectively, is a true and correct copy of the Plaintiffs' Summons and Complaint as filed in the Superior Court of DeKalb County, Georgia and served upon Defendants.

7. The Defendant hereby certifies that upon filing of this *Notice of Removal*, a true and correct copy of the same will be delivered to Plaintiffs as required by law.

8. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of DeKalb County, as provided by law.

WHEREFORE Defendants R. COMMUNICATIONS, INC. D/B/A R2R COMMUNICATIONS, KAREN A. HARDY, AND CHARLES PLEASANT respectfully pray and demand that the above-referenced lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 22nd day of September, 2011.

Respectfully submitted:

BRISKIN, CROSS & SANFORD, LLC

By: _____
Byron M. G. Sanford
Georgia Bar Number 005055
Attorneys for Defendant

1001 Cambridge Square
Suite D
Alpharetta, GA  30009
Tel: (770) 410-1555
Fax: (770) 410-3281