# Exhibit A

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

Civil Action # **11CV9267-7**

Ronald Marshall, Leroy Brown
and Willie Davis, Individually, and on
behalf of all other persons similarly situated,
Plaintiff

VS

R. Communications Inc. d/b/a R2R
Communications, Karen H. Hardy
and Charles Pleasant,
Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is: **Attorney Lisa T. Millican**
Law Office of
GREENFIELD MILLICAN P.C.
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, or if service by publication within 60 days of judges order of publication, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **19** day of **August**, 20**11**.

Debra DeBerry
Clerk of Superior Court
By: _____
Deputy Clerk

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.