IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD MARSHALL, LEROY BROWN and WILLIE DAVIS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>R. COMMUNICATIONS INC. d/b/a R2R COMMUNICATIONS, KAREN A. HARDY and CHARLES PLEASANT,<br><br>Defendants. | Civil Action File<br><br>No.: 1:11-cv-3222-TWT |

**ORDER APPROVING SETTLEMENT
AND DISMISSING PENDING MOTIONS**

Upon consideration of the parties' Joint Motion for Settlement Approval ("the Joint Motion"), having reviewed the parties' Settlement Agreement, and for good cause shown, it is hereby ORDERED:

1.  The Court finds that the settlement described in the Settlement Agreement: (1) is fair to the named and opt-in Plaintiffs; (2) reasonably resolves a bona fide disagreement between the parties regarding the merits of the claims

asserted by the Plaintiffs; and (3) demonstrates a good-faith intention by the parties that the claims of the Plaintiffs and the class members be fully and finally resolved. Accordingly, the settlement is hereby APPROVED by the Court;

      2.      The parties' request for conditional certification of a collective action composed of the current named and opt-in Plaintiffs, for settlement purposes only, is GRANTED;

      3.      Defendants' pending motion to dismiss (ECF No. 2) and Plaintiffs' motion for conditional certification and judicial notice (ECF No. 32) are hereby DISMISSED WITHOUT PREJUDICE.

      3.      Once the settlement funds are disbursed, the Parties shall petition the Court for a Dismissal Order, which shall seek approval of the Releases of the Participating Class Members' claims and dismissal of the Action with prejudice; and

      4.      All parties shall bear their own costs and attorney's fees, except as otherwise provided in the Stipulation.

      SO ORDERED.

DATE: May 21, 2012                /s/Thomas W. Thrash
                                        Honorable Thomas W. Thrash
                                        United States District Court Judge